UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DEMARCUS CARTEZ JONES #290375, Petitioner | CIVIL ACTION NO. 20-1543-P |
| VERSUS | CHIEF JUDGE S. MAURICE HICKS, JR. |
| DARREL VANNOY, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 14), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Record Document 1) is **DENIED AND DISMISSED WITH PREJUDICE**.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, **DENIES** a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 19th day of July, 2022.

*/s/ S. Maurice Hicks*
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT